# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**TRUMANE CALVERT,**

      **Plaintiff,**                      Civil Action 2:19-cv-16
                                              Judge George C. Smith
                                              Magistrate Judge Chelsey M. Vascura

      v.

**CITY OF STEUBENVILLE,** *et al.***,**

      **Defendants.**

## ORDER

During the Court's preliminary pretrial conference April 1, 2019, Plaintiff acknowledged his remorse for the behavior about which Defendants complain in their March 20, 2019 Motion for Restraining Order (ECF No. 6) and agreed to refrain from communicating directly with Defendants. Based upon the representations in the Motion for Restraining Order and Plaintiff's representations during the April 1, 2019 conference, Defendants' Motion for a Restraining Order is **GRANTED**. Plaintiff is **ORDERED** to refrain from communicating directly with Defendants throughout the pendency of this case.

      **IT IS SO ORDERED**.

                                         /s/ *Chelsey M. Vascura*
                                         **CHELSEY M. VASCURA**
                                         **UNITED STATES MAGISTRATE JUDGE**

                                         /s/ *George C. Smith*
                                         **GEORGE C. SMITH, JUDGE**
                                         **UNITED STATES DISTRICT COURT**