# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**TRUMANE CALVERT,**

    **Plaintiff,**

vs.

**CITY OF STEUBENVILLE,** *et al.***,**

    **Defendants.**

Case No.: 2:19-cv-16
**JUDGE GEORGE C. SMITH**
**Magistrate Judge Vascura**

## ORDER

On July 10, 2019, the United States Magistrate Judge issued an *Order and Report and Recommendation* recommending that Defendants' Motion to Strike be GRANTED and Plaintiff's Amended Complaint be STRICKEN for failure to comply with Federal Rules of Civil Procedure 15(a) and 16(b)(4). (*See Order and Report and Recommendation*, Doc. 37). The parties were advised of their right to object to the *Order and Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Order and Report and Recommendation*.

The *Order and Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.** Defendants' Motion to Strike is hereby **GRANTED** and Plaintiff's Amended Complaint is **STRICKEN** from the record for failure to comply with Federal Rules of Civil Procedure 15(a) and 16(b)(4). The Clerk shall remove Document 37 from the Court's pending motions list.

    **IT IS SO ORDERED**.

*/s/ George C. Smith*
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**